CLOSED CIVIL CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 96-1973-CIV-MORENO

IRVING K. BRAUNSTEIN,

Plaintiff,

vs.

IVAX CORPORATION, PHILLIP FROST, and JACK FISHMAN,

Defendants.

_______________________________/

FILED by ____ D.C.
OCT 2 5 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER OF DISMISSAL WITHOUT PREJUDICE, ORDER REQUIRING PARTIES TO FILE A CONSOLIDATED AMENDED COMPLAINT IN CASE NO. 96-1843-CIV-MORENO, AND ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER came before the Court at the status hearing held before the undersigned, United States District Judge Moreno, on October 24, 1996. As announced in open court, it is

ADJUDGED that this action is DISMISSED without prejudice with leave for Plaintiff to file a consolidated amended complaint in case number **96-1843-CIV-MORENO**, styled David Malin v. IVAX Corporation, Phillip Frost and Jack Fishman, including all counts raised in this action. Plaintiff shall file an amended complaint no later than **November 15, 1996**. It is also

ADJUDGED that all pending motions in this case are DENIED as MOOT with leave to refile in 96-1843-CIV-MORENO, if appropriate. The Court notes that all future pleadings in this case will be

23

filed under case number **96-1843-CIV-MORENO**.

DONE AND ORDERED in open court at the United States District Courthouse in Miami, Florida, on October 24, 1996, and signed in Chambers this 24th day of October, 1996.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:
Jan D. Atlas, Esq.
Eugene E. Stearns, Esq.